| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John Lowell Harlan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8217** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Martha Lee Harlan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5124** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Kentucky** | | Date case filed for chapter  **7   3/17/20** |
| Case number:  **20–10273–jal** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | John Lowell Harlan | | Martha Lee Harlan |
| 2. | **All other names used in the last 8 years** | aka John Harlan, aka John L. Harlan, fdba Kitchen Corner | | aka Martha Harlan, aka Martha D. Harlan, aka Matha L. Harlan, aka Martha Lee Dicken Harlan, fdba Kitchen Corner |
| 3. | **Address** | 209 S Cross St <br> Albany, KY 42602 | | 209 S Cross St <br> Albany, KY 42602 |
| 4. | **Debtor's attorney** <br> Name and address | John C. Rogers <br> 111 West Wayne Street <br> Glasgow, KY 42141 | | Contact phone (270) 651–7777 <br> Email:  bankruptcy@glasgow–ky.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark H. Flener <br> P.O. Box 8 <br> 1143 Fairway Street, Suite 101 <br> Bowling Green, KY 42102–0008 | | Contact phone (270) 783–8400 <br> Email:  mark@Flenerlaw.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | Hours open:<br>8:30 a.m. to 4:30 p.m. Eastern Time Zone<br><br>Contact phone 502–627–5700<br><br>Date: 3/18/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Case may be dismissed without further notice if debtor fails to attend the meeting. | Location:<br><br>**William Natcher Federal Courthouse, 241 East Main Street, Third Floor, Bowling Green, KY 42101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/7/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                  Case No. 20-10273-jal
John Lowell Harlan                                                      Chapter 7
Martha Lee Harlan
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0644-1          User: aallen            Page 1 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: 309A           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db/jdb         +John Lowell Harlan,    Martha Lee Harlan,    209 S Cross St,    Albany, KY 42602-1203
6675431        +Commonwealth Financial Resources,    800 Park St.,    PO Box 90010,
                 Bowling Green, KY 42102-9010
6675432        +First & Farmers Bank,    200 S. Washington Street,    Albany, KY 42602-1226
6675433        +Independent Bank,    PO Box 790408,   Saint Louis, MO 63179-0408
6675440         The Medical Center at Albany,    723 Old Burkesville Rd,    Albany, KY 42602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankruptcy@glasgow-ky.com Mar 18 2020 21:21:31      John C. Rogers,
                 111 West Wayne Street,   Glasgow, KY   42141
tr             +EDI: BMHFLENER.COM Mar 19 2020 00:03:00      Mark H. Flener,    P.O. Box 8,
                 1143 Fairway Street, Suite 101,   Bowling Green, KY 42103-2452
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Mar 18 2020 21:24:03      Charles R. Merrill,
                 Asst. U.S.Trustee,   601 West Broadway #512,    Louisville, KY 40202-2229
6675425        +EDI: BANKAMER.COM Mar 19 2020 00:03:00      Bank of America,    4909 Savarese Circle,
                 FL1-908-01-50,   Tampa, FL 33634-2413
6675426        +EDI: CAPITALONE.COM Mar 19 2020 00:03:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
6675427        +E-mail/Text: bncnotices@becket-lee.com Mar 18 2020 21:22:25      Capital One - Kohls,
                 PO Box 3043,   Milwaukee, WI 53201-3043
6675429        +EDI: CITICORP.COM Mar 19 2020 00:03:00      Citi Cards,    Citicorp Credit Services,
                 Centralized Bankruptcy,    PO Box 790040,   Saint Louis, MO 63179-0040
6675430        +EDI: WFNNB.COM Mar 19 2020 00:03:00      Comenity Bank - Roamans,    PO Box 182125,
                 Columbus, OH 43218-2125
6675428         EDI: JPMORGANCHASE Mar 19 2020 00:03:00      Chase Card Services,    Attn: Correspondence Dept.,
                 PO Box 15298,   Wilmington, DE 19850
6675434         EDI: RMSC.COM Mar 19 2020 00:03:00      Synchrony Bank - Care Credit,    Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL 32896-5060
6675435        +EDI: RMSC.COM Mar 19 2020 00:03:00      Synchrony Bank - Gap,    PO Box 965064,
                 Orlando, FL 32896-5064
6675436        +EDI: RMSC.COM Mar 19 2020 00:03:00      Synchrony Bank - JC Penney,    PO Box 965064,
                 Orlando, FL 32896-5064
6675437         EDI: RMSC.COM Mar 19 2020 00:03:00      Synchrony Bank - PayPal Credit Services,
                 Attn: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5061
6675438        +EDI: RMSC.COM Mar 19 2020 00:03:00      Synchrony Bank - QVC,    PO Box 965060,
                 Orlando, FL 32896-5060
6675439        +EDI: RMSC.COM Mar 19 2020 00:03:00      Synchrony Bank - Sam's Club,    Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL 32896-5060
6675441         EDI: USBANKARS.COM Mar 19 2020 00:03:00      US Bank,    PO Box 5229,   Cincinnati, OH 45201
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              John C. Rogers   on behalf of Joint Debtor Martha Lee Harlan bankruptcy@glasgow-ky.com,
               r49650@notify.bestcase.com
              John C. Rogers   on behalf of Debtor John Lowell Harlan bankruptcy@glasgow-ky.com,
               r49650@notify.bestcase.com

```
District/off: 0644-1           User: aallen                Page 2 of 2                  Date Rcvd: Mar 18, 2020
                               Form ID: 309A               Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark H. Flener    mark@Flenerlaw.com,   ky11@ecfcbis.com;deanna@flenerlaw.com
                                                                                             TOTAL: 4
```